UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ADWEEK, LLC,

      Plaintiff,

 -against-

CARNYX GROUP LIMITED, et al.,

      Defendants.

---

No. 18-CV-9923 (OTW)

**ORDER**

**ONA T. WANG**, United States Magistrate Judge**:**

The Court held a settlement conference on September 23, 2019, during which the parties settled this case. Based on the settlement agreement reached by the parties and transcribed by the Court reporter on September 23, 2019, **IT IS HEREBY ORDERED THAT** this action is dismissed with prejudice and without costs provided, however that the Court retains jurisdiction pursuant to the terms of the settlement agreement. Any pending motions shall be terminated as moot and all conferences are cancelled. The Clerk is directed to close the docket in this matter.

  **SO ORDERED.**

Dated: December 6, 2019
   New York, New York

               _s/ Ona T. Wang_
               **Ona T. Wang**
               United States Magistrate Judge